

D|F

**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KAHLIMAH JONES, Individually and as the
representative of a class of similarly situated persons,

                                Case No.   1:19-cv-4620-NGG-VMS

                     Plaintiff,

              - against -

COZY COMFORT COMPANY LLC d/b/a the
comfy.com,

                  Defendants.
-----------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

Kahlimah Jones, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i) hereby provides notice of voluntary dismissal, with prejudice and without costs, of the above-referenced matter against Cozy Comfort Company LLC. No Answer has been filed in this case.

Dated: Scarsdale, New York
         November 12, 2019

                                              SHAKED LAW GOUP, P.C.
                                              Attorneys for Plaintiff

                                              By: */s/Dan Shaked*
                                                 Dan Shaked (DS-3331)
                                                 14 Harwood Court, Suite 415
                                                 Scarsdale, NY 10583
                                                 Tel. (917) 373-9128
                                                 Fax (718) 704-7555
                                                 e-mail: ShakedLawGroup@Gmail.com

**So Ordered.**
s/Nicholas G. Garaufis

**Hon. Nicholas G. Garaufis**
**Date:** 11/13/19